IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS R. LOPEZ,

        Petitioner,                  No. CIV S-08-1009 LKK JFM P

    vs.

EVANS,

        Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  In his application, petitioner challenges a conviction issued by the Fresno County Superior Court.  Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Petitioner has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

8

9  DATED: May 29, 2008.

10

11  _____
    UNITED STATES MAGISTRATE JUDGE

12

13  /ja;001
    lope1009.109
14